LAKE GARDA COMPANY, INCORPORATED *v.* GEORGE LEWITT.

MALTBIE, C. J., AVERY, BROWN, JENNINGS and ELLS, Js.

Argued April 3—decided May 1, 1940.

590

*M. J. Blumenfeld,* with whom, on the brief, was *DeLancey Pelgrift,* for the appellant (defendant).

*Samuel Rosenthal,* for the appellee (plaintiff).

PER CURIAM. For the reasons stated in the memorandum of decision quoted above, we find correct the conclusion reached, that Cumulative Supplement 1939, § 1364e, repealed by implication the right of appeal provided by statute, Special Acts, 1917, page 1119, from the City Court of New Britain.

There is no error.